IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMMANUEL NOEL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE BOEING COMPANY, | : | No. 09-3613 |
| Defendant. | : | |

**ORDER**

AND NOW, this **21ˢᵗ** day of **September, 2011**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, and Defendant's reply thereon, and for the reasons stated in this Court's Memorandum dated September 21, 2011, it is hereby **ORDERED** that:

1. Defendant's motion for summary judgment (Document No. 25) is **GRANTED**.

2. Plaintiff's claims are **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**